UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



José Guillermo Plumey Cruz, et al
v.
Westinghouse Electric Corp., et al

CASE NUMBER: 98-1702 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 10.29.99    Docket # 21<br>[x] Plffs  [ ] Defts  [ ] Other<br>Title: Motion requesting conference | Denied. There is pending a motion to dismiss. If the Court denies the motion, it will issue a scheduling order setting a date for a settlement conference. |

Date 2-1-00

HECTOR M. LAFFITTE
Chief U.S. District Judge


