UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

José Guillermo Plumey Cruz, et al
v.
Westinghouse Electric Corp., et al

CASE NUMBER: 98-1702 (H



| MOTION | ORDER |
|---|---|
| Date Filed: 6.28.99   Docket # 18<br>[x] Plffs  [ ] Defts  [ ] Other<br>Title: Motion requesting judgment by default | Denied.<br><br>HECTOR M. LAFFITTE<br>Chief U.S. District Judge |

March 31, 2000

