UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

*PURSUANT TO FRCP RULES 58 & 79a*

JOSE GUILLERMO PLUMEY CRUZ, et al,
  Plaintiffs,

v.                                               Civil No. 98-1702 (HL)

THERMO KING DE PUERTO RICO, et al
  Defendants.

### PARTIAL JUDGMENT

The Court having entered an opinion and order on this same date, partial judgment is hereby entered dismissing Plaintiffs' claims under ADEA and Title VII with prejudice. Their Puerto Rico law claims for age, race, and national origin discrimination and their claims under Article 1802 are dismissed without prejudice. There remains only Plumey's claim under ERISA.

San Juan, Puerto Rico, March 31, 2000.

HECTOR M. LAFFITTE
Chief U.S. District Judge