UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE PLUMEY CRUZ, et al

**Plaintiff(s)**

v.                                CIVIL NUMBER:   98-1702 (JAG)

WESTINGHOUSE ELECTRICT CORP.,
et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/22/01<br>**Title:** Notice of Appearance and Motion for Extension of Time<br>**Docket(s):** 31<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | The Court notes the appearance of Robert E. Schneider, Jr. as counsel of record for plaintiffs. The request for an extension to meet with opposing counsel and file the answers to the Court's questionnaire s moot. However, if the parties have not yet filed the answer, they are ordered to do so by April 30, 2001. |

**Date:** April 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge



36ª