UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    DATE: APRIL 19, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**           **CASE NO. 98-1702 (JAG)**
================================================================

JOSE PLUMEY CRUZ                           Attorneys:

    VS

WESTINGHOUSE ELECTRO

---

By Order of the Court the pretrial settlement conference and the jury trial in the above-mentioned case are hereby vacated and set aside. A settlement conference is set for Friday June 1, 2001 at 11:00 AM before Judge Garcia Gregory. Principals to be available. Trial date will be set that day.

    Parties to be notified.

 

_____
Lily Alicea-Courtroom Deputy

