# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JOSE PLUMEY CRUZ, et al

**Plaintiff(s)**

v.                                    CIVIL NO.   98-1702 (JAG)

WESTINGHOUSE ELECTRICT CORP.,
et al

**Defendant(s)**

## ORDER

The Court has reviewed plaintiffs' Informative Motion and Request for Extension, the defendants' opposition and the plaintiffs' reply thereto. (Docket Nos. 38-40). With respect to the extension request, the settlement conference is hereby rescheduled to **June 29, 2001 at 11 a.m.**

Regarding the plaintiffs' contention as to Title VII and ERISA, the Court advises plaintiffs that it is well aware that the previous District Judge in charge of this case dismissed the Title VII claims **with prejudice,** and is not inclined to revisit any further claims on that score, or to entertain any attempts to leverage the remaining ERISA claim into a Title VII claim as well. To be sure, the ERISA claim does remain. At the conference, the Court will seek to explore settlement possibilities on that issue. Counsel should come prepared to settle their case, with the parties available by telephone for settlement approval purposes. Should settlement efforts fail to bear fruit, the Court will set the case for trial in late July or early August, 2001.

Plaintiffs shall file a response to the Questionnaire no later than June 22, 2001.





a Deputy



IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4th day of June, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge

2