UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                               DATE: JUNE 29, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY:  Lily **ALICEA**            CASE NO. CIVIL 98-1702 (JAG)
==================================================================
JOSE GUILLERMO PLUMEY CRUZ              Attorneys: ROBERT SCHNEIDER

           VS
THERMO KING DE PUERTO RICO              EDWIN SEDA FERNANDEZ
==================================================================

Case called for settlement conference.  Attorney for plaintiff has filed a settlement demand in the amount of $300,000.  Defendant has made a counter offer of $20,000.

Plaintiff indicates to the Court that in 1998 plaintiff made a request for production of documents which have not been produced.  Attorney for defendant indicates that the Court denied the same since they were deficient.

Court grants plaintiff until July 10, 2001 to again submit his request for production of documents and defendant is to answer by July 31, 2001.

Pretrial is set for August 27, 2001 at 4:00 PM.  Joint Pretrial Order is to filed by August 24, 2001.  Non jury trial is set for AUGUST 29, 2001 AT 9:30 AM.

Parties to be notified.

                                    _____
                                    Lily Alicea-Courtroom Deputy