# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JOSE PLUMEY CRUZ, et al

    **Plaintiff(s)**

       **v.**                         **CIVIL NUMBER:**  98-1702 (JAG)

WESTINGHOUSE ELECTRICT CORP.,
et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:**   07/23/01<br>**Title:** Motion for Rescheduling and Other Relief<br>**Docket(s):** 45<br>[x ] **Plff(s)**   [  ] **Dft(s)**   [  ] **Other** | The trial date is hereby reset to **October 22, 2001** at **9:30 a.m.** The requests for sanctions and for default are **denied**. |

**Date:**   August 7, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

CT DEPUTY