UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
**MINUTES OF SETTING**                                    DATE: AUGUSR 27, 2001
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY: Lily **ALICEA**          CASE NO. CIV. 98-1702(JAG)
===============================================================
JOSE GUILLERMO PLUMEY                    Attorneys: ROBERT SCHNEIDER
        VS
THERMO KING DE PUERTO RICO               EDWIN SEDA FERNANDEZ
                                         CARLOS R. PAULA
===============================================================

Case called for pretrial/settlement conference. Parties agree that the two claims that are pending are whether plaintiff was entitled to participate in Top Hat Pension Plan and whether the compensation of the pension plan implemented for the employees in Puerto Rico was less than the compensation received by the employees in the states.

Plaintiff is to inform defendants whether plaintiff is member of a class action filed in the state of Pittsburg. Parties have until September 30, 2001 to exchange discovery. Defendant is granted until October 10, 2001 to file dispositive motions. Plaintiff is granted until October 22, 2001 to respond and defendants until October 29, 2001 to   reply if needed.

Case is referred to Magistrate Gelpi for the setting of settlement conference during the week of September 24, 2001

Non jury trial is reset to November 6, 2001 ar 9:30 AM. Request for admissions to be held in abeyance.

Parties to be notified.

S/c Mag Gelpi                               Lily Alicea-Courtroom Deputy

(5)                                                              (54)