IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSÉ GUILLERMO PLUMEY

Plaintiff

v.                                              CIVIL NO. 98-1702 (JAG)

THERMO KING DE PUERTO RICO

Defendant

---

## ORDER

A case settlement conference is hereby set for **Wednesday, September 26, 2001 at 3:00 p.m.**

Counsel are instructed to discuss settlement possibilities with their respective clients <u>prior</u> to the settlement conference.

At the conference, counsel are encouraged to arrive accompanied by their respective clients and/or a persons(s) with settlement authority. Should this be impossible, such a person(s) shall be available over telephone from 3:00 - 5:00 p.m. on said date.

**SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of August, 2001.

GUSTAVO A. GELPÍ
United States Magistrate-Judge