UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE PLUMEY CRUZ, et al

**Plaintiff(s)**

v.    CIVIL NUMBER: 98-1702 (JAG)

WESTINGHOUSE ELECTRICT CORP.,
et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/20/01<br>**Title:** Motion Requesting Protective Order Under Federal Rule of Civil Procedure 26(c)<br>**Docket(s):** 50<br>[ ] **Plff(s)**   [ x ] **Dft(s)**   [ ] **Other** | Given the identification of the proper issues pending disposition at the recent status conference and the parties stipulations regarding discovery and future filing of dispositive motions, the Court need not rule on this motion at this time. |

Date: August 31, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

