IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSÉ PLUMEY CRUZ, et al

Plaintiffs

v.                                    CIVIL NO. 98-1702 (JAG)

WESTINGHOUSE ELECTRIC CORP., et al

Defendants

---

## ORDER

The Court on this date met in chambers with counsel for the parties to discuss further settlement possibilities. Counsel are granted five (5) working days to discuss the Court's settlement recommendation, and to inform the Court whether the case will be settled or not. Should the parties and their counsel benefit from a further settlement session, they shall so inform the Court within the above-set deadline.

Counsel are further advised that all deadlines set by Judge García-Gregory in this case remain in effect.

**SO ORDERED.**

At San Juan, Puerto Rico, this 26th day of September, 2001.

GUSTAVO A. GELPI
United States Magistrate-Judge