IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE PLUMEY CRUZ, et al

**Plaintiff(s)**

v.  CIVIL NO. 98-1702 (JAG

WESTINGHOUSE ELECTRICT CORP.,
et al

**Defendant(s)**

## ORDER

Plaintiff has filed a motion seeking leave to file an opposition to defendants' motion for summary judgment. No leave is required to file an opposition; plaintiff is entitled to oppose defendant's motion as a matter of right. Since defendants filed their summary judgment motion on October 15, 2001, plaintiff shall have until November 15, 2001 to respond.

The trial date set for Tuesday, November 6, 2001 is vacated. The trial date will be held in abeyance until the Court rules on the summary judgment motion.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of October, 2001.

JAY A. GARCIA-GREGORY
United States District Judge