IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE PLUMEY-CRUZ, et al

**Plaintiff(s)**

v.                                          CIVIL NO. 98-1702(JAG)

WESTINGHOUSE ELECTRIC
CORPORATION/CBS CORPORATION;
THERMO KING DE PUERTO RICO

**Defendant(s)**

---

**JUDGMENT**

Based on the Opinion and Order of this date, the Court enters judgment dismissing this action with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30th day of November 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge

