# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF PUERTO RICO

José Plumey Cruz, Nohra Soto
Vahos and the Conjugal Partnership
existing between them,

    plaintiffs,

    v.

Westinghouse Electric Corp., et al.,

    defendants.

CIVIL NO. 98-1702 (JAG)

*  *  *  *  *  *  *  *  *  *  *  *  *  *

**TO THE HONORABLE COURT:**

## NOTICE OF APPEAL

Now come plaintiffs, by their undersigned attorney and hereby give notice that they appeal to the United States Court of Appeals for the First Circuit from the Judgment and Order entered in this action on November 30, 2001 dismissing plaintiffs' action in the captioned case.

    Respectfully submitted.

    I certify that, in addition to furnishing the Clerk of the District Court sufficient copies of this motion to enable her to comply with the provisions of F.R.A.P. 3(d), a true and exact copy of this notice of appeal





was sent today via regular U.S. mail to Edwin J. Seda Fernandez, Esquire, of the law firm Adsuar, Muñiz Goyco & Besosa, P.S.C., the attorneys who have appeared on behalf of defendants in this action to his address as appears of record, namely: P.O. Box 70294, San Juan, Puerto Rico 00936-8294, and was faxed to their fax telephone number 787 756 9010.

In San Juan, Puerto Rico, this 27th day of December, 2001

Robert E. Schneider, Jr.
As attorney for plaintiffs
USDC Number 107602
One Washington St., Apt 6A
San Juan, Puerto Rico 00907-1525
Tel. 787 722 3670   Fax 787 722 3769